# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

REPUBLICAN PARTY OF WISCONSIN and
BRIAN SCHIMMING,

        Plaintiffs,

v.

TONY EVERS, In his official capacity as Governor of the State of Wisconsin,

MEAGAN WOLFE, In her official capacity as Administrator of the Wisconsin Elections Commission,

and

JOSH KAUL, In his official capacity as Attorney General for the State of Wisconsin,

        Defendants.

Case No.: 3:24-cv-867

## DECLARATION OF BRIAN SCHIMMING

Brian Schimming declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Chairman for the Republican Party of Wisconsin ("RPW") and one of the Plaintiffs in this action.

2. I make this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I have been appointed as a presidential elector for the 2024 Presidential election.

4. In my role as Chairman of RPW, I am in the process of coordinating the meeting of the presidential electors to cast Wisconsin's ten Electoral College votes for President-elect Donald J. Trump and Vice President-elect J.D. Vance.

5. I am aware that 3 U.S.C.§ 7 indicates that the electors are supposed to meet on Tuesday, December 17, 2024.

6. I am also aware that state statute, Wis. Stat. § 7.75(1), directs the presidential electors to meet on Monday, December 16, 2024.

7. Because of this conflict in state and federal law, I am uncertain of what advice to give to RPW's appointed presidential electors on when we should meet to cast our votes.

8. In my role as Chairman, I want to ensure that I comply with all applicable state and federal laws for casting our Electoral College votes.

9. I remain concerned that if the presidential electors do not comply with federal or state laws, Wisconsin's ten electoral college votes could be challenged in Congress, or the presidential electors could be subject to civil or criminal liability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of December, 2024.

*Electronically signed by Brian Schimming*
Brian Schimming