**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

REPUBLICAN PARTY OF WISCONSIN and
BRIAN SCHIMMING,

        Plaintiffs,

v.

TONY EVERS, In his official capacity as Governor of the
State of Wisconsin,

MEAGAN WOLFE, In her official capacity as
Administrator of the Wisconsin Elections Commission,

Case No. 3:24-cv-867

and

JOSH KAUL, In his official capacity as Attorney General
for the State of Wisconsin,

        Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE, Attorney Charlie P. Hoffmann appears for the Plaintiffs, Republican Party of Wisconsin and Brian Schimming, in the above-entitled action, and hereby demands that copies of all documentation in this matter be served upon me at 1601 East Racine Avenue, P.O. Box 558, Waukesha, Wisconsin 53187-0558, or via CM/ECF.

Dated this 6th day of December, 2024.

      CRAMER MULTHAUF LLP
      Attorneys for Plaintiffs,

    By: *Electronically signed by Charlie P. Hoffmann*
        Matthew M. Fernholz (SBN: 1065765)
        Charlie P. Hoffmann (SBN: 1129327)

CRAMER MULTHAUF LLP
1601 East Racine Avenue • Suite 200
P.O. Box 558
Waukesha, WI 53187-0558
(262) 542-4278
mmf@cmlawgroup.com
cph@cmlawgroup.com