NOTICE TO COUNSEL:

To enable the judges of this court to evaluate possible disqualification or recusal, counsel for any private (non-governmental) business, company, or corporation shall submit at the time of its first appearance, pleading, petition, motion, or response this statement of corporate affiliations, financial interest, and citizenship.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

Republican Party of Wisconsin and Brian Schimming
,

Plaintiff,

v.                                    Case No. 3:24-cv-867

Tony Evers, Meagan Wolfe, and Josh Kaul
,

Defendant.

---

## DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for Plaintiffs                                    , make the following disclosure:

1.    Is the named party a subsidiary or affiliate of a publicly owned corporation?

      YES ☐  NO ☒

      If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

      _____

2.    Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

      YES ☐  NO ☒

      If the answer is YES, list the identity of such corporations and the nature of the financial interest in the named party:
      _____
      _____
      _____

3. Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

YES ☐  NO ▣

If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A)  when the action is filed in or removed to federal court, and
   (B)  when any later event occurs that could affect the court's jurisdiction.

Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.

Digitally signed by Matthew M. Fernholz
DN: cn=Matthew M. Fernholz, c=US,
email=mmf@cmlawgroup.com
Date: 2024.12.09 10:32:00 -06'00'  Matthew M. Fernholz                          12/9/2024
_____          _____
Signature of Counsel                            Date

Rev. 4/29/2024