IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

REPUBLICAN PARTY OF WISCONSIN and
BRIAN SCHIMMING,

        Plaintiffs,

v.

TONY EVERS, In his official capacity as Governor of the State of Wisconsin,

MEAGAN WOLFE, In her official capacity as Administrator of the Wisconsin Elections Commission,

and

JOSH KAUL, In his official capacity as Attorney General for the State of Wisconsin,

        Defendants.

Case No.: 3:24-cv-867

## ADMISSION OF SERVICE

        I, Brian P. Keenan, an Assistant Attorney General for the Wisconsin Department of Justice, do hereby admit service as of December 9, 2024, on behalf of Defendants Tony Evers, in his official capacity as Governor of the State of Wisconsin, Meagan Wolfe, in her official capacity as Administrator of the Wisconsin Elections Commission, and Josh Kaul, in his official capacity as Attorney General for the State of Wisconsin, of a filed copy of the Summons (Dkt. 9), Complaint (Dkt. 1), Civil Cover Sheet (Dkt. 1-1), Motion for Preliminary Injunction (Dkt. 2), Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 3), Declaration of Brian Schimming (Dkt. 4), Plaintiffs' Proposed Statement of Facts (Dkt. 6), and Corporate Disclosure Statement (Dkt. 7).

    Dated this 9th day of December, 2024.

                                       WISCONSIN DEPARTMENT OF JUSTICE

                                       BY: *Electronically signed by Brian P. Keenan*
                                             (with permission)
                                           Brian P. Keenan, AAG
                                           State Bar No. 1056525