IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REPULICAN PARTY OF WISCONSIN
and BRIAN SCHIMMING,

      Plaintiffs,

    v.                         Case No. 24C0867

TONY EVERS, MEAGAN WOLFE, and
JOSH KAUL,

      Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that Defendants appear in this action by their attorney, Charlotte Gibson, Assistant Attorney General, and ask that all documents in this matter be served upon Assistant Attorney General Gibson personally at 17 West Main Street, Madison, Wisconsin 53703, by first-class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or by the CM/ECF system for the Western District of Wisconsin.

      Dated this 10th day of December 2024.

                        Respectfully submitted,

                        JOSHUA L. KAUL
                        Attorney General of Wisconsin

                        s/Charlotte Gibson
                        CHARLOTTE GIBSON
                        Assistant Attorney General
                        State Bar #1038845

                        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218
(608) 294-2907 (Fax)
gibsoncj@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on December 10 2024, I electronically filed the foregoing *Notice of Appearance* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 10th day of December 2024.

s/Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General