IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REPUBLICAN PARTY OF WISCONSIN
and BRIAN SCHIMMING,

    Plaintiffs,

Case No. 24-cv-867-jdp

v.

TONY EVERS, MEAGAN WOLFE, and
JOSH KAUL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tony Evers, Meagan Wolfe, and Josh Kaul against plaintiffs Republican Party of Wisconsin and Brian Schimming dismissing this case for lack of standing.

| | |
|---|---|
| s/ Deputy Clerk | 12/12/2024 |
| Joel Turner, Clerk of Court | Date |